# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Tiffany Ann Cramer,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Eagles Club, Elk River,<br><br>　　　　Defendant. | **COURT MINUTES**<br>BEFORE: Michael J. Davis<br>U.S. District Judge<br><br>Case No:　　　　06-cv-176 MJD/AJB<br>Date:　　　　　December 1, 2006<br>Deputy:　　　　Susan Schempf<br>Court Reporter:　Lori Simpson<br>Time Commenced: 09:30 a.m.<br>Time Concluded:　09:35 a.m.<br>Time in Court:　　5 Minutes |

Hearing on: MOTION to Dismiss for Lack of Prosecution by Eagles Club Elk River [17]

APPEARANCES:

　　Plaintiff:　　Pro-Se no appearance by Plaintiff
　　Defendant:　Brad Delger

PROCEEDINGS:

　　No appearance by Plaintiff -

**\*\*IT IS ORDERED:**

　　MOTION to Dismiss for Lack of Prosecution is granted

　　☒ Written order forthcoming.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 s/Susan Schempf
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judicial Asst.