# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Tiffany Ann Cramer, | Court File No.05-176 MJD/JGL |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO DISMISS** |
| Eagles Club Elk River, | |
| Defendant. | |

---

This matter came on before the undersigned Judge of United States District Court on Defendant Eagles Club Elk River's Motion to Dismiss Plaintiff's case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

Being duly advised in the premises, IT IS HEREBY ORDERED:

1. Defendant's Motion to Dismiss is GRANTED.  Plaintiff Tiffany Ann Cramer's lawsuit against Eagles Club Elk River is hereby dismissed.

                                                                    UNITED STATES DISTRICT COURT

Dated: December 3, 2006                                s / Michael J. Davis
                                                                    Honorable Michael Davis